IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | **Civil Action No.** |
| : | **7:08-CV-152(HL)** |
| **SAUNDERS ENTERPRISES, L.L.C.,** : | |
| : | |
| Defendants. : | |
| : | |
| : | |
| : | |

## ORDER

This matter is before the Court on Defendants' Motion for Default Judgment (Doc. 6). Because Defendants have not followed the proper procedure for obtaining a default judgment, their Motion is denied.

Obtaining a default judgment is a two-step process: first, the plaintiff must seek an entry of default from the clerk of court; and second, after the clerk has made an entry of default, the plaintiff can seek a default judgment. See Fed. R. Civ. P. 55; Eitel v. McCool, 782 F.2d 1470, 1471 (9th Cir. 1986); Meehan v. Snow, 652 F.2d 274, 276 (2d Cir. 1981); Carvajal v. Drug Enforcement Agency, 246 F.R.D. 374, 376 (D.D.C. 2007); Sun v. United States, 342 F. Supp. 2d 1120, 1124 n.2 (N.D. Ga. 2004); 10 Moore's Fed. Practice § 55.10[1] (3d ed. 2007). Plaintiffs have not complied with the first step of this process because they did not seek an entry of

1

default by the Clerk of Court prior to filing this Motion for Default Judgment.  Thus, their Motion for Default Judgment is denied as premature.

    **SO ORDERED**, this the 16th day of January, 2009

                                                      *s/   Hugh Lawson*
                                                      **HUGH LAWSON, Judge**

dhc